■ MARC LAFORGE, by LILIANE LAFORGE, His Mother and Guardian, et al., Appellants, v ALL AMERICAN CAR RENTAL, INC., et al., Appellants, and CITY OF SYRACUSE, Respondent.— Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Hurlbutt, J. (Appeals from Order of Supreme Court, Onondaga County, Hurlbutt, J.— Summary Judgment.) Present—Denman, P. J., Pine, Balio, Fallon and Davis, JJ.